FILED
04/23/2020
Clerk, U.S. District Court
Western District of Texas
by: Y. Lujan
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INFORMATION |
| | ) | |
| v. | ) | Cause No. 4:20-cr-252 (DC) |
| | ) | |
| HARRY GEORGE BOCK, II | ) | 16 USC 3372(d) and 3373 (d)(3)(A) |
| | ) | Mislabel Exports |
| | ) | |
| | ) | Notice of Government's Demand for |
| | ) | Forfeiture |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
[16 U.S.C. §§3372(d), 3373(d)(3)(A) and 18 U.S.C. § 2]

Between on or about May 22, 2017 to on or about August 22, 2018, in the Western District of Texas, and elsewhere, defendant

**HARRY GEORGE BOCK, II**

aided and abetted by others, did knowingly make and submitted false identification of plants, to-wit: living rock cactus *(Ariocarpus fissuratus)*, that were intended to be exported in foreign commerce and involved the sale of such plants in excess of $350.00.

A violation of Title 16, United States Code, Sections 3372(d), 3373(d)(3)(A) and 18 U.S.C. 2.

### Notice of Government's Demand for Forfeiture
[16 U.S.C. §3374, as made applicable by 28 U.S.C. § 2461(c)]

As a result of the foregoing criminal violation set forth in Count One, the United States of America gives notice that it intends to forfeit, but is not limited to, the below-listed property from Defendant HARRY GEORGE BOCK, II. Defendant shall forfeit all right, title, and interest in said property to the United States pursuant to Fed. R. Crim. P. 32.2 and 16 U.S.C. § 3374(a)(1),

which is made applicable to criminal forfeiture by 28 U.S.C. § 2461(c). Section 3374 provides in pertinent part:

### § 3374. Forfeiture

(a) In general.
    (1) All fish or wildlife or plants imported, exported, transported, sold, received, acquired, or purchased contrary to the provisions of section 3 of this Act ... or any regulation issued pursuant thereto, shall be subject to forfeiture to the United States notwithstanding any culpability requirements for civil penalty assessment or criminal prosecution included in section 4 of this Act.

## II. Subject Properties

This Notice of Demand for Forfeiture includes, but is not limited, to the following:

a. Approximately 20 living rock cacti (*Ariocarpus fissuratus*) seized on or about May 14, 2018, at the International Mail Facility in Chicago, Illinois;

b. Approximately 21 living rock cacti (*Ariocarpus fissuratus*) seized on or about May 14, 2018, at the International Mail Facility in Chicago, Illinois;

JOHN F. BASH
United States Attorney

JAMES J. MILLER, JR.
Assistant United States Attorney

H.B.
rce